# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SOMCHAI AND RAJNI NARULA,

        Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., as Successor by Merger with Chase Home Finance, LLC,

        Defendant.

Case No.:  2:11-cv-01641-PMP-GWF

**ORDER**

**IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

1. Last date to file dispositive motions: **February 3, 2014**
2. Last date to file joint pretrial order: **March 5, 2014**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 20th day of December, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge