MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOMCHAI AND RAJNI NARULA, | ) |
| Plaintiffs, | ) CASE NO. 2:11-cv-01641-PMP-GWF |
| vs. | ) |
| JPMORGAN CHASE BANK, N.A. AS SUCCESSOR BY MERGER WITH CHASE HOME FINANCE LLC, | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND BY THIRTY DAYS THE CASE MANAGEMENT DEADLINES TO FILE DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER**
**[FIRST REQUEST]**

This Stipulation is filed pursuant to Local Rule 6-1. On December 20, 2013 this Honorable Court issued its attached Order subsequent to convening a Settlement Conference. This short Order provided for deadlines of February 3, 2014 for the filing of dispositive motions and March 5, 2014 to file the Joint Pretrial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties jointly request thirty-day extensions requiring the filing of dispositive motions by March 5, 2014 and the joint pretrial order by April 4, 2014. The parties are <u>extremely</u> close to settling this matter and are simply attempting to resolve final issues concomitant to a comprehensive settlement. Counsel for Plaintiff apologizes for not filing this Stipulation last week but was in Florida establishing Hospice care for his mother.

The parties do not intend to request any further extensions in this regard.

DATED: February 4, 2014

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | SMITH LARSEN & WIXOM |
| /s/ Mitchell Gliner | /s/ Paul Haire |
| MITCHELL D. GLINER, ESQ. | Paul M. Haire, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 5656 |
| 3017 W. Charleston Blvd. #95 | 1935 Village Center Circle |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89134 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 5, 2014

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOMCHAI AND RAJNI NARULA,

    Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., as Successor by Merger with Chase Home Finance, LLC,

    Defendant.

Case No.: 2:11-cv-01641-PMP-GWF

**ORDER**

**IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

1. Last date to file dispositive motions: **February 3, 2014**
2. Last date to file joint pretrial order: **March 5, 2014**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 20th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge